This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**PATRICIA VICTOR, CNA,**

Petitioner-Appellant,

v.                                                                  NO. 30,442

**NEW MEXICO DEPARTMENT OF HEALTH
and ALFREDO VIGIL, M.D., SECRETARY
OF DEPARTMENT OF HEALTH,**

Respondents-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Alfredo Vigil, District Judge**

Youtz & Valdez, P.C.
Shane Youtz
Marianne Bowers
Albuquerque, NM

for Appellant

New Mexico Department of Health
Elizabeth Trickey, Assistant General Counsel
Santa Fe, NM

for Appellees

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

Dismissed.

**IT IS SO ORDERED.**


_____

**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**


_____

**JAMES J. WECHSLER, Judge**


_____

**MICHAEL D. BUSTAMANTE, Judge**